## NEW YORK SUPERIOR COURT — GENERAL TERM, MARCH, 1895.

GEORGE W. CHURCH et al., Appellants, *v.* GEORGE W. MONTGOMERY, Respondent.

APPEAL from judgment dismissing complaint, entered upon findings, etc., at Special Term.

*Wilson W. Hoover*, for appellants.

*Edward F. Brown*, for respondent.

*Per Curiam.* The fundamental question in this case was whether the plaintiffs owned any property rights in certain chattels. The court below, on findings sustained by the evidence, determined that the plaintiffs had no such rights. There is, therefore, no necessity of examining questions of law that might otherwise have arisen.

The testimony of Mr. Vonderluhe was immaterial to the issues on which the case was decided. It was objected that he was not an expert as to the matters on which he was examined. His testimony was not that of an expert. He testified as to facts within his knowledge.

Judgment affirmed, with costs.

Present: SEDGWICK, Ch. J., McADAM and BEEKMAN, JJ.
Judgment affirmed, with costs.

---

WM. E. D. STOKES, Respondent, *v.* EDW. S. STOKES, Appellant.

DEFENDANT's exceptions ordered to be heard in the first instance at General Term.

*E. Cowen*, for appellant.

*G. H. Adams*, for respondent.

*Per Curiam.* The court being divided, the defendant's exceptions are overruled and judgment for plaintiff is ordered, with costs.

Present: SEDGWICK, Ch. J., and GILDERSLEEVE, J.
Judgment for plaintiff, with costs.